THE STATE OF KANSAS, *Appellee,* V. M. W. SHUFELDT,
*Appellant.*

No. 17,831.

HEADNOTE BY THE REPORTER.

EVIDENCE—*Transcript from Internal Revenue Office—Instruc-
tions.* In a prosecution under the prohibitory law it was
held: (1) That the certified transcript from the office of the
collector of internal revenue offered in evidence was admis-
sible; (2) that the criticism of instructions relative to "rea-
sonable doubt" and "presumption of innocence" had been
fully answered by former decisions of this court.

Appeal from Sedgwick district court. Opinion filed
April 6, 1912. Affirmed.

*Joseph Brubacher,* and *James A. Conly,* for the ap-
pellant.

*John S. Dawson,* attorney-general, and *George Mc-
Gill,* county attorney, for the appellee.

*Per Curiam:* This appeal is from a conviction under
the prohibitory liquor law for maintaining a nuisance.

The certified transcript from the office of the col-
lector of internal revenue was admissible in evidence.
(*The State v. Shook,* 75 Kan. 807, 90 Pac. 234; *Topeka
v. Stevenson,* 79 Kan. 394, 99 Pac. 589.) The criticism
of instructions relative to reasonable doubt and pre-
sumption of innocence is answered in *The State v.
Bridges,* 29 Kan. 138, *The State v. Medley,* 54 Kan.
627, 39 Pac. 227, and *The State v. Patton,* 66 Kan. 486,
71 Pac. 840.

A variance between the place described in the in-
formation and that shown by the evidence is suggested
in the brief, but does not appear from the abstract.
The criticism of the instructions is that they are un-
necessarily full covering matters not appearing in the

evidence, but no prejudice to the rights of the appellant or cause of serious complaint appears. The evidence justified the verdict and the judgment is affirmed.